BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
MATTHEW P. SEAMON
Senior Litigation Counsel
LUZ MARIA RESTREPO (NY Bar No. 4907077)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2443
E-mail: Luz.Maria.Restrepo@usdoj.gov
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

CHIRANJIT MUKHERJEE, et al,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al,

Defendants.

Case No. 5:24-cv-07879-VKD

**STIPULATION TO STAY PROCEEDINGS AND [~~PROPOSED~~ ORDER]**

Re: Dkt. No. 10

Pursuant to Rules 6-2, 7-1(a)(5), and 7-12 of the Civil Local Rules of the United States District Court of the Northern District of California, the parties, through their undersigned counsel, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, up to and including May 16, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1. Plaintiffs filed this action seeking adjudication of their Form I-526E, Immigrant Petitions by

Regional Center Investor ("Form I-526E Petition").

2. Defendants' response to the complaint is currently due on January 17, 2025.

3. The parties request the stay to allow Defendant United States Citizenship and Immigration Services ("USCIS") sufficient time to request additional evidence from Plaintiffs, if necessary, and to review and adjudicate the petitions. USCIS will work diligently towards completing adjudication of the Form I-526E Petitions, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

4. The parties additionally request that the Court waive and/or stay any filing deadlines until the stay is lifted.

5. Upon receipt of USCIS' decision, Plaintiffs agree to voluntarily dismiss the case.

6. During the stay, the parties will file a joint status report with the Court every 45 days.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 16, 2025. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue this administrative resolution.

Dated: December 23, 2024

Respectfully submitted,[1]

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MATTHEW P. SEAMON
Senior Litigation Counsel

/s/ *Luz Maria Restreo*
LUZ MARIA RESTREPO
Trial Attorney

*Counsel for Defendant*

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: December 23, 2024

/s/ Niralkumar Patel
NIRALKUMAR PATEL (California Bar #316815)
KLDP LLP
250 W 34th Street, Floor 3
New York, NY 10119
Telephone: (951) 310-2244
npatel@kldpllp.com

*Counsel for Plaintiffs*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 24, 2024

Virginia K. DeMarchi
VIRGINIA K. DEMARCHI
United States Magistrate Judge